**Jatinder Pal SINGH, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 06–74484.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed Feb. 23, 2011.

Tsz–Hai Huang, Rai & Associates, PC, San Francisco, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Lindsay Williams, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Jatinder Pal Singh, a native and citizen of India, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen based on ineffective assistance of counsel. We have jurisdiction under 8 U.S.C. § 1252. We grant the petition for review and remand.

At the time of its decision, the BIA did not have the benefit of the Attorney General's decision in *Matter of Compean*, 25 I

& N Dec. 1 (A.G.2009) (BIA has power "to consider claims of ineffective assistance of counsel based on conduct of counsel that occurred after a final order of removal had been entered."). We therefore remand for the BIA to consider Singh's claim in light of this intervening caselaw.

**PETITION FOR REVIEW GRANTED; REMANDED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

